

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2015

No. 04-15-00332-CV

Manuel and Simona **CAMACHO**,
Appellant

v.

**TEXAS WESTCHESTER FINANCIAL, LLC**,
Appellee

From the County Court, Atascosa County, Texas
Trial Court No. 4246
Honorable Lynn Ellison, Judge Presiding

# O R D E R

On May 28, 2015, Appellants Manuel and Simona Camacho filed a notice of appeal in this court. On the same day, this court notified Appellants that the $195.00 filing fees had not been paid and directed Appellants to pay the fees by June 12, 2015. On June 3, 2015, Appellants filed an affidavit of inability to pay costs. *See* TEX. R. APP. P. 20.1. On July 27, 2015, we abated this appeal, suspended the other appellate deadlines, and remanded the cause to the trial court to determine if Appellants are indigent for purposes of appeal. The trial court determined Appellants are not indigent.

We REINSTATE this appeal. We ORDER Appellants Manual and Simona Camacho to show cause in writing within TEN DAYS of the date of this order that the $195.00 filing fees have been paid. If Appellants fail to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 5, 42.3(c); *In re W.J.C.*, No. 04-05-00532-CV, 2005 WL 3477883 (Tex. App.—San Antonio Dec. 21, 2005, no pet.) (mem. op.).

We also ORDER Appellants to provide written proof to this court within TEN DAYS of the date of this order that the reporter's fee has been paid or arrangements have been made to pay the reporter's fee. If Appellants timely pay the filing fee but fail to timely pay for the reporter's record, Appellants must file a brief with this court within THIRTY DAYS from the date of this order and the court will only "consider and decide those issues or points [raised in Appellant's brief] that do not require a reporter's record for a decision." *See* TEX. R. APP. P. 37.3(c).

All other appellate deadlines remain SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2015.



_____
Keith E. Hottle
Clerk of Court